

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2021

No. 04-20-00611-CV

Justin W. **LITTLE**,
Appellant

v.

Christy B. **LITTLE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court's judgment was signed on November 20, 2020. Appellant filed his notice of appeal on December 21, 2020. Because appellant filed a motion for new trial, the clerk's record and reporter's record were due on March 22, 2021. TEX. R. APP. P. 35.1(a). On March 24, 2021, the trial court clerk responsible for preparing the clerk's record in this appeal filed a notification of late record, stating that appellant has failed (1) to request in writing that she prepare the clerk's record and (2) to pay or make arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2).

We therefore ORDER appellant to file written proof in this court ***no later than ten (10) days*** after the date of this order showing that: (1) he has requested that the trial court clerk prepare the clerk's record and that the official court reporter prepare the reporter's record in compliance with Texas Rules of Appellate Procedure 34.5 and 34.6, respectively; and that ***either*** (2) the clerk's and court reporter's fees for preparation of the clerk's record and reporter's record have been paid or payment arrangements have been made, ***or*** appellant is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 34.5, 34.6; 20.1(a); Tex. R. Civ. P. 145.

If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court